

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00559-CR

Tyler Keith **ZIEGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4425
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED October 5, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice